UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRILLIANT SURGICAL, LLC, a Texas limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS RICCIONE; and MEDUSA ORTHOPEDICS, LLC, a Pennsylvania limited liability company,<br><br>    Defendants. | C.A. No. 25-2041-PD |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Nicholas Riccione and Medusa Orthopedics, LLC move this Court to dismiss Plaintiff's Complaint. The grounds for this motion are set forth in Defendants' opening brief, filed concurrently with this motion.

Dated: June 6, 2025                **K&L GATES LLP**

                                        */s/ Steven L. Caponi*
                                        Steven L. Caponi (No. 91881)
                                        600 N. King Street, Suite 901
                                        Wilmington, DE 19801
                                        Phone: (302) 416-7000
                                        steven.caponi@klgates.com

                                        *Attorneys for Defendants*